UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOROTHY FILIPPOV, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTERWALL, INC., JEFFREY J. BROWN, NELSON C. CHAN, NORA M. DENZEL, DAVID M. ESKENAZY, ROSS G. LANDSBAUM, ERIK E. PRUSCH, and ROBERT D. SZNEWAJS,<br><br>Defendants. | CASE NO. C16-1329RSM<br><br>ORDER REASSIGNING CASE |

Upon review of the file in this matter, the Court finds cause for re-assignment. This case shall now be re-assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear cause number C16-1329 JLR and must bear the new Judge's name in the upper right hand corner of the document. Judge Martinez is no longer assigned to this case and his name should not appear on any future documents filed with the court. Please make the necessary corrections to your records reflecting these changes.

DATED this 23rd day of September 2016

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE